NUMBER
13-02-572-CR

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                                    CORPUS
CHRISTI

________________________________________________________________

 

STEVE
GARZA,                                                                                 Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                    Appellee.

________________________________________________________________

 

                             On appeal from the 347th District Court 

                                        of Nueces County, Texas.

________________________________________________________________

 

                                          O P I
N I O N

 

                         Before Justices
Dorsey, Rodriguez, and Castillo

                                               Opinion
Per Curiam

 








Appellant, STEVE
GARZA, attempted to perfect an appeal from a judgment entered by the 347th District Court of Nueces County, Texas.  Sentence in this cause was imposed on August 12, 2002.  No timely
motion for new trial was filed.   The notice of appeal was due to be filed on September 11, 2002, but was not filed until October
22, 2002.   Said notice of appeal is
untimely filed. 

Tex. R. App. P. 26.3
provides that the court of appeals may grant an extension of time for filing
notice of appeal if such notice is filed within 
fifteen days of the last day allowed and within the same period a motion
is filed in the court of appeals reasonably explaining the need for such
extension.  Appellant failed to file his
notice of appeal and a motion requesting an extension of time within such
period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 21st day of November,
2002.